| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| BREKENDRIDGE PROPERTY FUND 2016, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID PENA,<br><br>    Defendant. | No. 1:18-cv-00674-DAD-SKO<br><br><u>ORDER REMANDING CASE TO TULARE COUNTY SUPERIOR COURT</u> |

  On May 23, 2018, the court issued an order to show cause as to why this case should not be remanded to state court. (Doc. No. 3.) The court noted a probable lack of subject-matter jurisdiction and provided defendant fourteen days to explain how this court possessed subject-matter jurisdiction over the instant action. That period of time has expired, and defendant has not responded to the court's order.

  The court adopts the reasoning of its May 23, 2018 order to show cause and concludes, on the information before it, that it lacks subject-matter jurisdiction to hear this case.

/////
/////
/////
/////

1

Accordingly,

1. This matter is remanded to Tulare County Superior Court for all further proceedings;
2. All pending motions (Doc. Nos. 2 and 5) are denied as having been rendered moot by this order; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **June 13, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE